**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL ACTION**

|  |  |  |
|---|---|---|
| **BARBARA J. WALKER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.  1:04CV01991** |
| | ) | **Judge:  Ricardo M. Urbina** |
| **PHARMACEUTICAL RESEARCH AND** | ) | |
| **MANUFACTURERS OF AMERICA, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## INDIVIDUAL DEFENDANTS' MOTION TO DISMISS
## UNDER FED. R. CIV. P. 12(b)(4), (b)(5), AND (b)(6)

Pursuant to Rules 12(b)(4), (b)(5), and (b)(6), defendants George Abercrombie, Timothy

Barberich, Ernesto Bertarelli, David Brennan, J. Martin Carroll, Mark Collar, Paulo Costa, Peter

Dolan, Robert Essner, Michael Friedman, Ginger Graham, Fred Hassan, John Jackson, Karen

Katen, Barry Labinger, Mark Levin, Lutz Lingnau, Michael Novinski, Daniel Peters, Timothy

Rothwell, Kevin Sharer, Harold Shlevin, Martin Soeters, Sidney Taurel, Henri Termeer, Timothy

Tyson, Klaus Veitinger, William Weldon, Miles White, Richard DeSchutter, James Dougherty,

David Ebsworth, Colin Foster, Hideo Fukumoto, Raymond Gilmartin, Saburo Hamanaka,

Thomas Harrison, Alan Holmer, Carl-Gustaf Johnansson, Robert Ingram, Richard Kogan, Arthur

Levinson, Richard Markham, Henry McKinnell, James Mullen, Kanichi Nakamura, David Pyott,

David Robinson, Hans Vemer, James Vincent, Robert Wilson, Del Persinger, Russel Bantham,

Shannon Herzfeld, Kurt Malmgren, John Kelly, and William Rastetter (collectively, the

"Individual defendants") respectfully move to dismiss Plaintiff's action.

2

In support of this Motion, the Individual defendants attach a Memorandum of Points and

Authorities, and the Declaration of Frederick G. Sandstrom, with exhibits.  The Individual

defendants also attach a proposed order.


WHEREFORE, the Individual  defendants pray that this Court grant their Motion to Dismiss..



/s/ Jeffrey G. Huvelle_____
Jeffrey G. Huvelle (#227769)
COVINGTON & BURLING
1201 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-2401
202-662-5526
202-778-5526 (Facsimile)

September 15, 2006                              Attorney for the Individual Defendants

## <u>CERTIFICATE OF SERVICE</u>

I certify that true and correct copies of the Individual defendants' Motion to Dismiss, the Memorandum in support of that Motion, and the attached Declaration of Frederick G. Sandstrom and accompanying exhibits were filed via the Court's CM/ECF system on September 15, 2006, and were thereby served on plaintiff Barbara J. Walker, as well as counsel for the NY Life Defendants and the PhRMA Defendants.

/s/ Jeffrey G. Huvelle
Jeffrey G. Huvelle

DC: 1937238-1