# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA J. WALKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 04-01991 (RMU) |
| | ) |
| PHARMACEUTICAL RESEARCH AND | ) |
| MANUFACTURERS OF AMERICA *et al*, | ) |
| | ) |
| Defendants. | ) |

## AFFIDAVIT OF RETURN OF SERVICE BY CERTIFIED MAIL

I, Barbara J. Walker, am the Plaintiff in this case.

1. On February 10, 2006 I sent to David R. Brennan, by certified mail, return receipt requested, a copy of my Summons and Complaint.

2. I received the return receipt ("the green card") from the U. S. Postal Service. It was signed by Shauna Cooper and dated February 14, 2006. A copy of the return receipt is attached.

3. I reviewed the return receipt ("the green card") and state that I do not know the person who signed the return receipt ("the green card").

I, Barbara J. Walker, solemnly swear or affirm under criminal penalties for the making of a false statement that I have read this Affidavit of Return of Service by Certified Mail and the factual statements made in it are true to the best of my personal knowledge, information and belief.

_Barbara J. Walker_
Barbara J. Walker

October 8, 2006

**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

David R. Brennan
AstraZeneca, L.P.
1800 Concord Pike
P.O. Box 15437
Wilmington, DE ~~15850~~ 19803

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Maura Cooper_          ☐ Agent
                          ☐ Addressee

B. Received by ( *Printed Name* )    C. Date of Delivery
   S. Cooper                          02/14/06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

FEB 14 2006

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? ( *Extra Fee* )          ☐ Yes

2. Article Number
   *(Transfer from service label)*      7005 2570 0000 7123 2500

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540