**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BARBARA J. WALKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 04-01991 (RMU) |
| | ) |
| PHARMACEUTICAL RESEARCH AND | ) |
| MANUFACTURERS OF AMERICA *et al*, | ) |
| | ) |
| Defendants | ) |

**NOTICE OF VOLUNTARY DISMISSAL OF APPEAL**
**WITHOUT PREJUDICE**

Comes now Plaintiff Barbara J. Walker and voluntarily dismisses, without

prejudice, her appeal filed on December 17, 2006 as to this Court's Order granting the

PhRMA Plaintiff's Motion for Summary Judgment for the sole purpose of postponing

said appeal until this Court further decides all pending issues, if any.

Respectfully submitted,

/s/ Barbara J. Walker
Barbara J. Walker, *Pro Se*
311 Prince Street
Alexandria, VA  22314

March 6, 2007

# CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of March 2007 a true and correct copy of Plaintiff's

Notice of Voluntary Dismissal of Appeal Without Prejudice was filed with the Clerk of

Court using the CM/ECF system, which will automatically send email notification of

such filing to the following attorneys of record:

Jeffrey G. Huvelle
Covington & Burling
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2494
(202) 662-5169

*Attorney for Defendants Pharmaceutical Research & Manufacturers of America;*
  *Pharmaceutical Research & Manufacturers of America Retirement Plan;*
  *Pharmaceutical Research & Manufacturers of American Deferred Savings Plan; and*
  *Pharmaceutical Research & Manufacturers of America Retirement Committee*

Christopher A. Weals
Morgan, Lewis &: Bockius
1111 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 739-5350

*Attorney for Defendant New York Life*
      *Investment Management, Inc.*

/s/ Barbara J. Walker
Barbara J. Walker, *Pro Se*
311 Prince Street
Alexandria, Virginia 22314