# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA J. WALKER, : <br> : <br> Plaintiff, : <br> : Civil Action No.: 04-1991 (RMU) <br> v. : <br> : Document Nos.: 59, 60 <br> PHARMACEUTICAL RESEARCH AND : <br> MANUFACTURERS OF AMERICA *et al.*, : <br> : <br> Defendants. : | |

# ORDER

### GRANTING IN PART AND DENYING IN PART THE INDIVIDUAL DEFENDANTS' MOTION TO DISMISS; GRANTING IN PART AND DENYING IN PART THE NEW YORK LIFE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

For the reasons stated in the accompanying Memorandum Opinion, it is this 7th day of August, 2008,

**ORDERED** that the "First Amended Complaint" dated October 14, 2005 and the answer responding to it are hereby **STRICKEN**; the Clerk of the Court is directed to file exhibit #2 to the plaintiff's July 28, 2005 motion as the First Amended Complaint; and it is

**FURTHER ORDERED** that the individual defendants' motion to dismiss is **GRANTED in part** and **DENIED in part**; and it is

**ORDERED** that the New York Life defendants' motion for summary judgment is **GRANTED in part** and **DENIED in part**; and it is

**FURTHER ORDERED** that the plaintiff must complete service on the remaining individual defendants on or before August 27, 2008; and it is

**ORDERED** that an initial status conference shall take place on Monday, October 6, 2008 at 10:30 am.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge