**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

BARBARA J. WALKER,

    Plaintiff,

v.

PHARMACEUTICAL RESEARCH AND
MANUFACTURERS OF AMERICA *et al.*,

    Defendants.

Civil Action No.: 04-1991 (RMU)

Document Nos.: 98

# ORDER

**GRANTING THE PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**

For the reasons stated in the accompanying Memorandum Opinion, it is this 10th day of March, 2009,

**ORDERED** that the plaintiff's motion for leave to file a second amended complaint is hereby **GRANTED**.

**SO ORDERED**.

                                                      RICARDO M. URBINA
                                               United States District Judge