UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA J. WALKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 04-01991 (RMU) |
| | ) Judge Ricardo M. Urbina |
| | ) Magistrate Judge John M. Facciola |
| PHARMACEUTICAL RESEARCH AND | ) |
| MANUFACTURERS OF AMERICA *et al*, | ) |
| | ) |
| Defendants | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Barbara J. Walker voluntarily dismisses Defendant New York Life Insurance Company from this action, each party to bear its own attorneys' fees and costs.

Respectfully submitted,

/s/ Barbara J. Walker
Barbara J. Walker, *Pro Se*
311 Prince Street
Alexandria, VA 22314
(703) 836-2841

May 27, 2009

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the Notice of Voluntary Dismissal was filed via the Court's Electronic Case Filing system on May 27, 2009, and was thereby served on counsel for the individual defendants, the PhRMA defendants, and the New York Life defendants.

/s/  Barbara J. Walker
Barbara J. Walker