# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA J. WALKER,<br><br>    Plaintiff,<br><br> v.<br><br>PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA, et al.,<br><br>    Defendants. | Civil Action No. 1:04CV01991 (RMU/JMF)<br>Judge Ricardo M. Urbina<br>Magistrate Judge John M. Facciola |

## DEFENDANT NEW YORK LIFE INVESTMENT MANAGEMENT, LLC'S MOTION FOR SUMMARY JUDGMENT

Defendant New York Life Investment Management, LLC ("NYLIM"), by and through its undersigned counsel, hereby moves this Court for an order entering judgment in its favor pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1.  In support of its motion, NYLIM states as follows:

  1. NYLIM is entitled to summary judgment on the ground that Plaintiff's remaining ERISA claims are legally and factually unsupported.  There is no material factual dispute that NYLIM is not the administrator of the Pharmaceutical Research and Manufacturers of America Retirement Plan (the "Plan") and that Plaintiff has never made a request on NYLIM for any documents covered by the disclosure and reporting provisions of the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. §§ 1101-1105 *et seq.*

  2. There is no legal dispute that ERISA § 502(c), the enforcement and penalty arm of ERISA's disclosure and reporting provisions, only applies to *plan administrators* who fail to respond or comply with a participant's *request* for information.  As NYLIM is not the Plan administrator and has never received a request for documents from Plaintiff, it cannot be liable under ERISA § 502(c).

DB1/63435562.1

3. Plaintiff has suffered no harm or prejudice by any alleged failure of NYLIM to provide her with documents.

In further support of this motion, NYLIM relies on the accompanying Memorandum of Points and Authorities and Exhibits.

Respectfully submitted,

Dated: August 10, 2009   By: _____/s/_____
Christopher A. Weals, DC Bar No. 414754
Simon J. Torres, DC Bar No. 973898
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC  20004
Telephone:  202.739.3000
Facsimile:   202.739.3001

*Attorneys for Defendant New York Life Investment Management, LLC*