UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| BARBARA J. WALKER, | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 04-1991 (RMU) |
| | : | | |
| v. | : | Re Document Nos.: | 117, 119, 135 |
| | : | | |
| PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA *et al.*, | : | | |
| | : | | |
| Defendants. | : | | |

# ORDER

**GRANTING DEFENDANT NEW YORK LIFE'S MOTION FOR SUMMARY JUDGMENT;
GRANTING THE INDIVIDUAL DEFENDANTS' MOTION FOR SUMMARY JUDGMENT;
DENYING THE PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT**

It is this 8th day of December, 2011 hereby

**ORDERED** that defendant New York Life's motion for summary judgment is **GRANTED**;

**FURTHER ORDERED** that the individual defendants' motion for summary judgment is **GRANTED**;

**ORDERED** that the plaintiff's cross-motion for summary judgment is **DENIED**.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge